IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

CHARTER FITNESS OF SKYVIEW,
LLC, CHARTER FITNESS OF FAR
NORTH, LLC, CHARTER FITNESS
OF RIO RANCHO, LLC, and
PETER J. VRDOLYAK, III,

      Plaintiffs,

v.                             Case No. 12-CV-00365-KG-KBM

MAXREP LLC, BILL RODWAY,
and J.B. PRIVITT,

      Defendants.

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER comes before the Court on the stipulation of Plaintiffs Charter Fitness of Skyview, LLC, Charter Fitness of Far North, LLC, Charter Fitness of Rio Rancho, LLC, and Peter J. Vrdolyak, III and the Defendants MaxRep LLC, Bill Rodway and J.B. Privitt, (the "Parties"), and the Parties having agreed to the entry of this Order.

The Court being otherwise fully advised, FINDS:

A.     The Parties stipulated to the settlement of issues in dispute between them pursuant to the Settlement Agreement executed on January 7, 2015.

B.     Both parties desire to dismiss this action.

C.     This matter and all claims and counterclaims that were brought or could have been brought should be dismissed with prejudice.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED THAT the Complaint, the Counterclaims, and all claims or counterclaims asserted or that could have been asserted are hereby dismissed with prejudice.

_____
UNITED STATES DISTRICT JUDGE

AGREED TO BY:

SUTIN, THAYER & BROWNE

A Professional Corporation


By  */s/ Benjamin E. Thomas*_____
        Benjamin E. Thomas
        Keith C. Mier
*Attorneys Plaintiffs*
Post Office Box 1945
Albuquerque, New Mexico 87103-1945
Telephone:  (505) 883-2500
Facsimile:  (505) 888-6565
Email:  bet@sutinfirm.com
kcm@sutinfirm.com



WILLIAM F. DAVIS & ASSOCIATES, P.C.


By:  *Electronic approval 01/13/15 @ 5:24 p.m.*
        Nephi Hardman
        William F. Davis
*Attorneys for Defendants*
6709 Academy NE, Suite A
Albuquerque, New Mexico 87109
Telephone: (505) 243-6129
Facsimile: (505) 247-3185
Email: nhardman@nmbankruptcy.com
        daviswf@nmbankruptcy.com

3444204.doc